PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RATZLAFF,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01631-JAM-KJN<br><br>JOINT REQUEST AND ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>JUDGE: HON. CAROLYN K. DELANEY |

　　　　Plaintiff Lisa Ratzlaff and Defendant the United States respectfully submit this Joint Request and Order to Continue Settlement Conference seeking to reschedule the settlement conference currently set before Magistrate Judge Carolyn K. Delaney for August 11, 2023. *See* Dkt 15.  The parties have met and conferred and determined that a settlement conference is more likely to be productive after an Independent Medical Examination of the Plaintiff, and they are currently working together to schedule that examination.  To allow time for the examination, the parties respectfully request that the Court reschedule the August 11, 2023, settlement conference for **November 13, 2023, at 9:30 a.m**.

///

///

///

|     |                          |                                                                 |
| --- | ------------------------ | --------------------------------------------------------------- |
|     |                          | Respectfully submitted,                                         |
| 2   | Dated:  August 2, 2023   | PHILLIP A. TALBERT<br>UNITED STATES ATTORNEY                    |
|     |                          | */s/ Victoria L. Boesch*<br>VICTORIA L. BOESCH<br>Assistant United States Attorney<br>Attorney for the United States |
| 7   | Dated:  August 2, 2023   | DEL RIO & CARAWAY, P.C.                                         |
|     |                          | */s/ Charles D. Caraway*<br>CHARLES D. CARAWAY<br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

A Settlement Conference is set for 11/13/2023 at 9:30 AM via Zoom before Magistrate Judge Carolyn K. Delaney.

Dated:  August 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE