PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RATZLAFF,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, KAYLA JOY DRYDEN and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01631-JAM-KJN<br><br>STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35 |

   Plaintiff Lisa Ratzlaff and Defendant the United States respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35, which provides that the court may order physical examination of a party whose physical condition is in controversy.

   The parties hereby stipulate that Plaintiff Lisa Ratzlaff will present for an independent medical examination by Dr. Scott Berta at 418 Davis St, Vacaville, CA on October 4, 2023, at 10:00 a.m.  No attorneys from the offices of Plaintiff's or Defendant's counsel will attend the examination.  Plaintiff's counsel will send a nurse to accompany Ms. Ratzlaff, and the nurse will record the proceedings.  The examination will not involve any invasive testing.

Respectfully submitted,

Dated: September 22, 2023

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

By: /s/ Victoria L. Boesch
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States

Dated: September 22, 2023

DEL RIO & CARAWAY, P.C.

/s/ Charles D. Caraway (authorized 9/22/2023)
CHARLES D. CARAWAY
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: September 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ratz.1631